Submitted September 27—decided October 17, 1972

WALTER MORGAN *v.* COMMISSIONER OF WELFARE

The defendant's motion for an extension of time in which to file a petition for certification for appeal from the Appellate Division of the Court of Common Pleas is granted.

*Michael A. Arcari,* assistant attorney general, in support of the motion.

*Francis X. Dineen,* in opposition.

Submitted October 13—decided October 17, 1972